# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | **INTERSTATE AGREEMENT ON DETAINERS ORDER** |
| vs. | ) ) | Case No.: 1:17-cr-197 |
| Darnell Anthony Ward, | ) ) | |
| Defendant. | ) | |

On September 29, 2017, the Defendant made his initial appearance and was arraigned in the above-entitled action. AUSA Brandi Russell appeared on the Government's behalf. Attorney Christopher Bellmore was appointed to represent defendant in ths matter and appeared on defendant's behalf.

Prior to his initial appearance, defendant was incarcerated by the State of North Dakota at the Burleigh-Morton Detention Center in Bismarck, North Dakota. After the Indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with the North Dakota prison officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), defendant's appearance before this court for his initial appearance and arraignment was secured by a writ of habeas corpus *ad prosequendum*.

At his initial appearance and arraignment, defendant was advised of his rights under the IADA to continued federal custody until the charges set forth in the Indictment are adjudicated and the Defendant waived those rights. Based on defendant's waiver, the court finds that the Defendant knowingly, voluntarily, and upon advice of counsel waived the anti-shuttling provisions of the IADA and in open court and agreed to return to the custody of the State of North Dakota (the "sending

1

state" under the IADA) at the Burleigh-Morton Detention Center pending further proceedings in this case initiated by the United States (the "receiving state" under the IADA).

Accordingly, the court **ORDERS** that defendant be housed in the "sending state" under the IADA pending further proceedings or until further order of the court. Further, pursuant to defendant's waiver, the return of the defendant to his place of incarceration pending trial shall <u>not</u> be grounds under the IADA for dismissal of the charges set forth in the Indictment.

Dated this 29th day of September, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court